UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-cv-80269-BER

CAMERON MILTON,

Plaintiff,

v.

GUNSTER, YOAKLEY, & STEWART, PA,

Defendant.
_______________________________________/

**ORDER CLOSING CASE**

In light of the Stipulation for Voluntary Dismissal With Prejudice, ECF No. 8, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers this 25th day of March, 2026, at West Palm Beach in the Southern District of Florida.

BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE